# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA BOYKIN

NO.  2020 KW 0058

**APR 2 8 2020**

---

In Re:   Joshua Boykin, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-01-0620

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**  This court takes judicial notice that the State charged relator in docket number 02-09-0678 with failure to register as a sex offender.  Relator failed to attach a copy of the motion at issue herein, the ruling thereon, the guilty plea and sentencing transcript and/or criminal court minutes. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.   If relator elects to file a new application with this court, the application shall be filed on or before July 2, 2020 without the necessity of obtaining a return date.   Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT